So, if you're new to this, you might not know this, but if you're familiar with the history, I'm sure you are, we set the standard for a price hearing. Price hearing is conducted in May, so we're all working together to review it. I'm sure you all recognize that it is a great operation. It's not as expensive as you think. So, if you're new to this, you might not know this, but if you're familiar with the history, I'm sure you are, we set the standard for a price hearing. Price hearing is conducted in May, so we're all working together to review it. Part of the reason, part of what it does for you is characterization. Characterized is not a standard. It's a way of doing things. And it's an essential function of the hearing. It's an essential function, and it's a way of working with each other to correct and to construct and to just deal with a couple of things. So, it's a way of doing things. And the other thing is that the ability and the environment you're in is an essential component inside of your hearing. I think that was your first point. Inside of the hearing, there's a lot of stress going into these rules of use boundaries, and there's a lot of detail that needs to be included regarding the immediate application. And that's what we wanted to demonstrate with David. It seems as if it's pretty much obscure of those things that we do, but it's pretty much obscure of what we want. Description is a little conclusion, and what it's supposed to be. And I think that's what we want to address with David. So, there are two key elements here. One is trying to use focus to help people walk through an active space. And then, after that, you should probably know how that's happening, and it should work for you in that computer space. Of course, it comes with a lot of difficulty, and there's a huge amount of data that comes along with this. And then, as a follow-through, I think that it's really difficult meeting the challenges of the child pornography. The only person who can contribute to the success of child pornography was the community. So, it comes with a lot of thought going on, and each of us is going to have to take a break, and David's going to have to put it down, and we're going to have to do a follow-through on it. Yeah. Yeah, so, there's a lot of that in the Canadian Border Service agency, and it's really, really interesting. They call it, for example, somebody who has no expertise in child pornography. So, it comes with a lot of the effort, and there's a lot of humor that goes into it, and it's just key to that. And then, of course, it's so important to us to say, hey, they didn't need our help. They didn't need your help. Of course, this is often in the agency, and it's often said in interviews, and under U.S. law, it occurs to them that the, here's this report credit and testimony, and I'm just trying to figure out how these conversations and testimonies come together. So, it's the, here's this report testimony, here's this report testimony,       and under U.S. law, the Canadian law and the, and then, and we're also going to have a discussion in August of this month, which I think is probably going to be off the agenda, actually. So, and,
judges: Kleinfeld, Tashima, Murguia